UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. MJ14-410 |
| Plaintiff, | INVOCATION OF RIGHTS AT INITIAL APPEARANCE |
| vs. | |
| Matt Nicka, | |
| Defendant. | |

I, __Matt Nicka__, the defendant in the above-entitled case, accept __the Federal Defender__ as my attorney, and invoke my Fifth and Sixth Amendment rights to have my attorney present for any and all questioning, interrogation or examination by law enforcement. This invocation of my rights applies to the investigation in this case, and any other matter that may be the subject of investigation. I also assert my right to remain silent. I revoke any previous waivers relating to questioning and revoke any consent I have given to search.

DATED this __16th__ day of __October__, 20__14__.

_____
Defendant

Approved by:

_____
Attorney for Defendant
Russell V. Leonard

INVOCATION OF RIGHTS AT
INITIAL APPEARANCE - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Ave., Suite 700
Seattle, Washington 98101
(206) 553-1100